DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

5 MARCH 2015

| 384A14 | Richardson, et al. v. The State of North Carolina, et al. | Motion of Robert Orr to Appear as Counsel of Record | Allowed **02/11/2015** |
|---|---|---|---|
| 385P14-2 | State v. Joseph Edward Tucker | Def's *Pro Se* Motion for Appropriate Relief | Dismissed |
| 386P13-2 | Bryan Debaun v. Daniel Kuszaj, a/k/a D.J. Kuszaj, a Durham Police Officer in his Individual and Official Capacity; and City of Durham, N.C. | Plt's PDR Under N.C.G.S. § 7A-31 (COA12-1520-2) | Denied **Ervin, J., recused** |
| 400P14-3 | State v. Dennis Moore | Def's *Pro Se* Motion for Petition for "Herein" | Dismissed |
| 410A14 | In the Matter of Lynn Marie Burke | Motion to Appear as Counsel of Record | Allowed **02/23/2015** |
| 417P00-4 | Frank Moore v. Attorney General, et al. | Def's *Pro Se* Petition for Writ of Habeas Corpus | Denied **02/23/2015** |
| 418P14 | Hans Kindsgrab v. State of N.C. Board of Barber Examiners | 1. Petitioner's NOA Based Upon a Constitutional Question (COA13-1321) <br><br> 2. Petitioner's PDR Under N.C.G.S. § 7A-31 | 1. Dismissed *ex mero motu* <br><br> 2. Denied |
| 419P14 | Rutherford Electric Membership Corporation v. 130 of Chatham, LLC | 1. Respondent's NOA Based Upon a Constitutional Question (COA14-134) <br><br> 2. Respondent's PDR Under N.C.G.S. § 7A-31 <br><br> 3. Petitioner's Motion to Dismiss Appeal <br><br> 4. Petitioner's Conditional PDR Under N.C.G.S. § 7A-31 <br><br> 5. Petitioner's Motion for Expedited Disposition of NOA and PDR | 1. — <br><br> 2. Denied <br><br> 3. Allowed <br><br> 4. Dismissed as moot <br><br> 5. Dismissed as moot |
| 424P14-2 | Stritzinger v. Bank of America, et al. | Plt's *Pro Se* Motion for a Petition for Review Under Original Jurisdiction | Dismissed |